IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC-15-0003 |
| | * | |
| PHILIP RICE D'AVANZO | * | |
| | * | |
| Defendant | * | |
| | * | |
| | * | |

\*\*\*\*\*\*

## ORDER TO SEAL

Upon consideration of the motion filed by the Government to file the Proposed Sealed Document, the Court, having considered the specific factually based reasons advanced in the sealing request and having determined that there are no reasonable alternatives to sealing that would provide sufficient protection, the Court ORDERS that the Government's Proposed Sealed Document is hereby accepted and placed under seal.

3/8/16
Date

The Hon. Theodore D. Chuang
United States District Court Judge