# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PHILIP RICE D'AVANZO,<br><br>Defendant. | Criminal Action No. TDC-15-0003 |

## ORDER

On March 23, 20156, Defendant Philip Rice D'Avanzo submitted correspondence requesting that the Court change its designation recommendation from FCI Cumberland to the low-security facility in Petersburg, Virginia to facilitate family visitation and participation in residential drug treatment. This request is granted.

D'Avanzo also requests that the Court recommend a "Lesser Security Management Variable" if the Bureau of Prisons scores D'Avanzo's security level as "Medium" instead of "Low." The Court declines to intervene in the Bureau of Prisons' scoring process and expresses no view on the proper security scoring for D'Avanzo. The request to recommend a Lesser Security Management is denied.

It is hereby ORDERED that the Court's judicial recommendation for designation is AMENDED and the Court RECOMMENDS that the Bureau of Prisons designate D'Avanzo to FCI Petersburg. The Court DENIES D'Avanzo's request for a recommendation regarding his security scoring.

Date: March 24, 2016

/s/
THEODORE D. CHUANG
United States District Judge