IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Court No. TDC-15-00003 |
| PHILIP RICE D'AVANZO, | : | |
| Defendant. | : | |

............

## ORDER OF SATISFACTION

Please enter the judgment in the above-entitled action, to include principal, interest, and costs, as PAID, SETTLED, and SATISFIED. The Defendant is hereby released from any lien created by the Notice of Lien recorded in the United States District Court for Maryland on March 14, 2016 and in the Circuit Court for Montgomery County, MD as 99554F on May 3, 2016.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Matthew Phelps
Assistant United States Attorney
36 S. Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800